**DISMISS and Opinion Filed August 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00257-CV**

**JOSEPHINE MORTON INGRAM, Appellant**
**V.**
**A M BROTHERS, INC. AND A.R.M. GROUP, INC., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-00653**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Smith

Before the Court is the parties' agreed motion to dismiss the appeal. We grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Craig Smith/
CRAIG SMITH
JUSTICE

220257F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JOSEPHINE MORTON INGRAM,
Appellant

No. 05-22-00257-CV      V.

A M BROTHERS, INC. AND
A.R.M. GROUP, INC., Appellees

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-00653.
Opinion delivered by Justice Smith,
Justices Schenck and Osborne
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered August 23, 2022.